IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Zaira Astorga, | No. CV-13-00737-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Diversified Consultants Incorporated; et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 19), and for good cause appearing,

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice and without costs to any party.

Dated this 24th day of September, 2013.

*A. Murray Snow*
G. Murray Snow
United States District Judge